**EXHIBIT A**

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | |
|---|---|
| **CLINTON HITE**<br>3751 Needham Road<br>Lexington, Ohio 44904<br><br>-&-<br><br>**CORTNEY HITE**<br>3751 Needham Road<br>Lexington, Ohio 44904<br><br>Plaintiffs,<br><br>v.<br><br>**RELIABLE ELECTRIC AND LIGHTING, INC.** *fka* **RELIABLE RELAMPING, INC.**<br>c/o Incorp Services, Inc.,<br>statutory agent<br>9435 Waterstone Blvd., Ste. 140<br>Cincinnati, Ohio 45249<br><br>-&-<br><br>**CHRISTOPHER CHATFIELD**<br>4829 Legare Ln<br>Columbus, Ohio 43230<br><br>Defendants. | Case No.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><u>**Jury Demand Endorsed Hereon**</u> |

**COMPLAINT**

Now comes Clinton Hite and Cortney Hite ("Plaintiffs"), by and through their undersigned counsel, and allege the following against Defendant Reliable Electric and Lighting, Inc. *fka* Reliable Relamping, Inc., and Defendant Christopher Chatfield:

1

## PARTIES

1. Plaintiff Clinton Hite is an individual residing at 3751 Needham Road, Lexington, Ohio 44904.

2. Plaintiff Cortney Hite is an individual residing at 3751 Needham Road, Lexington, Ohio 44904.

3. Defendant Reliable Electric and Lighting, Inc. *fka* Reliable Relamping, Inc. is a for-profit corporation registered to do business in Ohio and organized under the laws of Michigan. Process may be served through its statutory agent Incorp Services, Inc. at 9435 Waterstone Blvd., Ste. 140, Cincinnati, Ohio 45249.

4. Defendant Christopher Chatfield ("Defendant Chatfield") is an individual residing at 4829 Legare Ln, Columbus, Ohio 43002. Defendant Chatfield negligently operated a motor vehicle, a full-size van (2020 Chevrolet Express), causing a multi-vehicle accident in which Plaintiffs sustained injuries, the subject of this Complaint.

5. Defendant Reliable Electric and Lighting, Inc. *fka* Reliable Relamping, Inc. was the owner of the 2020 Chevrolet Express van being driven by Defendant Chatfield at the time of the accident.

6. Upon information and belief, Defendant Chatfield was an employee and/or agent of Defendant Reliable Electric and Lighting, Inc. *fka* Reliable Relamping, Inc and was performing work for Defendant Reliable Electric and Lighting, Inc. *fka* Reliable Relamping, Inc. at the time of the accident.

## JURISDICTION AND VENUE

7. Plaintiffs incorporate the above paragraphs as if fully set forth herein.

8. This Court has original jurisdiction over Plaintiffs' claims for relief pursuant to the Ohio Constitution, Art. IV, § 4(A)-(B), and R.C. § 2305.01.

2

9. Venue is proper pursuant to Civ.R. 3(C) and (F) because Defendant Chatfield resides within this county, at 4829 Legare Ln, Columbus, Ohio 43002.

## GENERAL ALLEGATIONS

10. Plaintiffs incorporate the above paragraphs as if fully set forth herein.

11. On Feb. 13, 2023, at approximately 3:33 p.m., Plaintiff Clinton Hite was lawfully operating his motor vehicle, a blue 2017 Chevrolet Equinox, northbound on Interstate-71 in Madison County, Ohio.

12. On the above date and time, Defendant Chatfield was operating a motor vehicle, a white 2020 Chevrolet Express, directly behind Plaintiff Clinton Hite's vehicle, northbound on Interstate-71 in Madison County, Ohio.

13. While Plaintiff Clinton Hite stopped on northbound I-71 due to heavy traffic near mile post 86, Defendant Chatfield negligently failed to assure clear distance ahead and struck Plaintiff Clinton Hite's vehicle from behind which, in turn, caused Plaintiff Clinton Hite to strike the vehicle in front of him, owned by non-party James Parm.

14. The collision caused Plaintiff Clinton Hite to sustain numerous serious injuries.

15. Specifically, the collision caused Plaintiff Clinton Hite to sustain injuries to his head, including loss of consciousness, lung resulting in pneumothorax, right thumb, right arm, right shoulder, right eye, neck, back, and right knee; to incur physical pain, suffering, mental anguish, emotional distress, and loss of enjoyment of life; to require medical care, attention, and treatment, along with the resulting expenses; to sustain a loss of earnings; and will reasonably cause Plaintiff Clinton Hite to incur similar such damages and expenses in the future.

16.     At the scene, Defendant Chatfield was issued a traffic citation for failure to maintain an assured clear distance ahead, pursuant to O.R.C. § 4511.21(A). *See* Citation No. OHP490636020920231 72 from Ohio State Highway Patrol.

17.     On March 27, 2023, Defendant Chatfield plead guilty to violating O.R.C. § 4511.21(A). for failure to maintain an assured clear distance ahead and paid $202.00 in total fines. See Case No. TRD 2301234, Madison County Municipal Court.

<b><u>COUNT ONE:  NEGLIGENCE OF DEFENDANT CHATFIELD</u></b>

18.     Plaintiffs incorporate the above paragraphs as if fully rewritten.

19.     As the operator of a motor vehicle on a public roadway, Defendant Chatfield owed Plaintiff Clinton Hite (and other motorists) a duty to exercise reasonable care for the safety of others; to maintain a proper lookout; to timely brake to avoid striking other vehicles; to maintain an assured clear distance ahead; and to obey all federal, state, and local traffic laws and ordinances.

20.     Defendant Chatfield breached the duty he owed to Plaintiff Clinton Hite by failing to exercise reasonable care for the safety of others while driving along a roadway, failing to maintain both a proper lookout and an assured clear distance ahead, failing to brake timely to prevent the collision, and therefore causing a collision with Plaintiff Clinton Hite's vehicle.

21.     Defendant's breach of duty actually and proximately caused Plaintiff Clinton Hite's injuries and damages alleged in this Complaint.

<b><u>COUNT TWO:  STATUTORY VIOLATIONS OF DEFENDANT CHATFIELD</u></b>

22.     Plaintiffs incorporate the above paragraphs as if fully rewritten.

23.     Defendant Chatfield violated state law, including being adjudicated Guilty of one count of violating O.R.C. § 4511.21(A) for failure to maintain an assured clear distance ahead.

4

24. Defendant Chatfield's statutory violations directly and proximately caused Plaintiff Clinton Hite's injuries and the damages alleged in this Complaint.

25. Defendant Chatfield is negligent per se based on these statutory and regulatory violations.

26. Defendant Chatfield's actions demonstrate a conscious disregard for the rights and safety of Plaintiff Clinton Hite and the rest of the motoring public, acting with reckless indifference to the consequences to others despite being aware of his conduct and knowing there was a great probability of causing substantial harm. Accordingly, Plaintiff Clinton Hite demands punitive damages against Defendant.

## COUNT THREE: RESPONDEAT SUPERIOR – DEFENDANT RELIABLE ELECTRIC AND LIGHTING, INC. *fka* RELIABLE RELAMPING, INC.

27. Plaintiffs incorporate the above paragraphs as if fully rewritten.

28. At the time of Defendant Chatfield's negligent acts and omissions, Defendant Chatfield was acting within the course and scope of his employment with Defendant Reliable Electric and Lighting, Inc. *fka* Reliable Relamping, Inc.

29. Defendant Chatfield's above breaches directly and proximately caused Plaintiff Clinton Hite's injuries and damages set forth above.

30. Under the doctrine of respondeat superior, Defendant Reliable Electric and Lighting, Inc. *fka* Reliable Relamping, Inc. is vicariously liable for the injuries and damages caused to Plaintiff Clinton Hite by its employee and agent, Defendant Chatfield.

## COUNT FOUR: SPOUSAL LOSS OF CONSRTIUM

31. Plaintiffs incorporate the above paragraphs as if fully rewritten.

32. As a direct and proximate result of Defendants' negligent conduct alleged above, Plaintiff Cortney Hite has been deprived by the loss of consortium, companionship, services, and society

5

of her husband, Plaintiff Clinton Hite, and expects to be further so deprived in the future and for an indeterminate amount of time.

**WHEREFORE,** Plaintiff Clinton Hite requests judgment in his favor and against Defendants; economic and noneconomic damages in excess of $25,000, in an amount to be determined at trial, Plaintiff Cortney Hite requests judgment in her favor and against Defendants; economic and noneconomic damages in excess of $25,000, plus applicable interest; an award of reasonable costs and attorneys' fees; and any other relief that this Court deems just and proper.

Dated: February 7, 2025

Respectfully Submitted,

*/s/ Sanford A. Meizlish*
Sanford A. Meizlish (0002620)
Brian R. Noethlich (0086933)
Jason C. Cox (0095169)
**Barkan Meizlish DeRose Cox, LLP**
4200 Regent Street, Suite 210
Columbus, Ohio 43219
Phone: (614) 221-4221
Fax: (614) 744-2300
smeizlish@barkanmeizlish.com
bnoethlich@barkanmeizlish.com
jcox@barkanmeizlish.com
*Attorneys for Plaintiffs*

## JURY DEMAND

Pursuant to Civ.R. 38, Plaintiff demands a trial by jury on all issues and claims in this case so triable.

*/s/ Sanford A. Meizlish*
Sanford A. Meizlish (0002620)