# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CLINTON HITE,** *et al.*,

        **Plaintiffs,**

   v.                                                  **Civil Action 2:25-cv-270**
                                                       **Judge James L. Graham**
                                                       **Magistrate Judge Chelsey M. Vascura**

**RELIABLE ELECTRIC AND
LIGHTING, INC.,** *et al.*,

        **Defendants.**

## ORDER

     Defendants Christopher Chatfield and Reliable Electric and Lighting have filed a Notice of Service of Discovery to Plaintiff. (ECF No. 6.) The Court has not ordered Defendants to file this document. Moreover, the parties have not utilized this notice in a court proceeding. The Court therefore **STRIKES** Defendants' filing and **ORDERS** them to cease filing discovery documents or notices of their service until they are used in a proceeding or the Court orders otherwise. *Cf*. Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."). The Court notes, however, that striking this document from the docket "does not prevent it from being effective." *Valente v. Univ. of Dayton*, No. 3:08-cv-225, 2009 WL 2132631, at *1 (S.D. Ohio, July 13, 2009).

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE