**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

CLINTON HITE, *et al.*,

      **Plaintiffs,**

    **v.**

RELIABLE ELECTRIC AND
LIGHTING, INC., *et al.*,

      **Defendants.**

          **Civil Action 2:25-cv-270
Judge James L. Graham
Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on the parties' Joint Written Status Report and Proposed Updated Case Schedule. For good cause shown, the stay in this case is **LIFTED** and the case schedule is **EXTENDED** as follows:

- Primary expert reports must be produced by **November 2, 2026**;

- Rebuttal expert reports must be produced by **December 17, 2026**;

- All discovery must be completed by **February 10, 2027**;

- Case dispositive motions must be filed by **March 26, 2027**;

- Plaintiff will make a settlement demand by **November 16, 2026**. Defendants will respond by **December 17, 2026**. The case will be referred to mediation in **January 2027**.

To the extent not inconsistent with this Order, the provisions of the Preliminary Pretrial Order (ECF No. 10) remain in effect.

    **IT IS SO ORDERED.**

          /s/ *Chelsey M. Vascura*
          CHELSEY M. VASCURA
          UNITED STATES MAGISTRATE JUDGE